# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Judgment on rehearing rendered and mailed to all parties or counsel of record on June 12, 2019

## REHEARING ACTION: June 12, 2019

**Docket Number: 18   00712-CA**

**CHAD LANGLINAIS AND WENDY LEJEUNE**
**VERSUS**
**DERRICK LEBLANC, ET AL.**

**Appealed from Calcasieu Parish Case No. 2015-3602**

<u>**BEFORE JUDGES**</u>:

> **Hon. Elizabeth A. Pickett**
> **Hon. D. Kent Savoie**
> **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Derrick LeBlanc, Calcasieu Parish Police Jury, and Berkley Insurance Company <u>AND</u> t**he application for rehearing filed by **Chad Langlinais and Wendy LeJeune** have this day been

> **GRANTED**.  (See majority opinion on rehearing also rendered this date)

cc: Kevin W. Welsh, Counsel for the Appellant
    Samuel Bryan Gabb, Counsel for the Appellant
    Robert Irwin Siegel, Counsel for the Appellant
    John Robert Shea, Counsel for the Appellee
    Thomas M. Daigle, Counsel for the Appellee
    Barry Alwin Roach, Counsel for the Appellee
    Michael J. Williamson, Counsel for the Appellant
    Harry Alston Johnson, III, Counsel for the Appellant